CATHERINE FOX et al., Appellants, v. SAMUEL N. HAW-
KINS, Respondent.

*Fox* v. *Hawkins*, 156 App. Div. 917, affirmed.
(Argued April 3, 1915; decided May 25, 1915.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the second judicial department,
entered May 19, 1913, affirming a judgment in favor of
defendant entered upon a dismissal of the complaint by
the court on trial at Special Term in an action brought to
compel specific performance of a contract to release plain-
tiff's real property at Ronkonkoma, Suffolk county, from a
tax title held by defendant. Defendant's answer denies the
material allegations of the complaint and as a separate
defense pleads that the alleged agreement was not sub-
scribed by the defendant and was, therefore, void under
the Statute of Frauds.

*John V. Judge* for appellants.

*William M. Moore* and *John A. Bowen* for
respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE,
HOGAN, MILLER, CARDOZO and SEABURY, JJ.